UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MELVIN T. THOMAS** <br> **LA. DOC #373401** | **CIVIL ACTION NO. 3:16-CV-1453** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **WILLIAM SAVAGE, ET AL.** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For those reasons stated in the Report and Recommendation of the Magistrate Judge, which the Court has determined are correct under the applicable law, after an independent review of the record, including Plaintiff's objections, and for those additional reasons stated in this Court's Ruling,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted.

**MONROE, LOUISIANA, this 18th day of January, 2017.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE